IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDRE FIELDS**, et al.<br><br>Plaintiffs,<br><br>*v.*<br><br>**AMERICAN AIRLINES, INC.**, et al.<br><br>Defendants. | CIVIL ACTION<br><br>NO. 19-903-KSM |

## ORDER

**AND NOW**, this 7th day of October, 2020, upon consideration of Plaintiffs' Motion for Disqualification Directed to the Honorable Karen Spencer Marston and to Stay Proceedings Pursuant to 28 U.S.C. § 455 (Doc. No. 42), and the arguments and evidence presented at the evidentiary hearing on September 21, 2020, it is **ORDERED** that the Motion is **DENIED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.