IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDRE FIELDS,** et al., | **CIVIL ACTION** |
| Plaintiffs, | |
| v. | **NO. 19-903-KSM** |
| **AMERICAN AIRLINES, INC.,** et al., | |
| Defendants. | |

## ORDER AND JUDGMENT

**AND NOW**, this 29th day of September, 2023, it is **ORDERED** as follows:

1. Upon consideration of Plaintiffs' request for additional discovery under Federal Rule of Civil Procedure 56(d) (*see* Doc. No. 157-4), Defendant's opposition brief (Doc. No. 160), Plaintiffs' reply brief (Doc. No. 162), Defendant's surreply brief (Doc. No. 163), and the arguments made at oral argument on March 3, 2023, it is **ORDERED** that the motion is **DENIED.**

2. Upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 151), Plaintiffs' opposition brief (Doc. No. 157-4), Defendant's reply brief (Doc. No. 158), Plaintiffs' surreply brief (Doc. No. 161), and the arguments made at oral argument on March 3, 2023, it is **ORDERED** that the motion is **GRANTED.  JUDGMENT** is entered in favor of Defendant American Airlines on all remaining counts.[1]

3. Upon consideration of Defendant's Motion for Rule 37 Sanctions (Doc. No. 143), it is **ORDERED** that the motion is **DENIED AS MOOT**.  Defendant's request for the attorneys' fees it incurred drafting the motion is **DENIED.**

---

[1] Because Defendant U.S. Airways, Inc. is effectively the same entity as American Airlines following their merger in 2013, the Judgment extends to the claims asserted against it.

4. Upon consideration of Plaintiffs' counsel's Motion to Withdraw as Attorney (Doc. No. 178) and following a show cause hearing on June 6, 2023, it is **ORDERED** that the motion is **DENIED AS MOOT.**

5. The Clerk of Court shall mark this matter **CLOSED.**

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
KAREN SPENCER MARSTON, J.